[No. 35605-8-II. Division Two. July 1, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEAN L. ROBBINS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 05-1-00333-2, James B. Sawyer II, J., entered October 31, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 35673-2-II. Division Two. July 1, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY CRUMPTON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-01991-6, Richard D. Hicks, J., entered December 1, 2006. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 35734-8-II. Division Two. July 1, 2008.]

*In the Matter of the Marriage of* CHERYL A. GREENLAND, *Respondent*, and GEORGE T. GREENLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-3-03835-6, Bryan E. Chushcoff, J., entered December 8, 2006. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 35789-5-II. Division Two. July 1, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN CHANG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01853-4, John R. Hickman, J., entered December 22, 2006. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Quinn-Brintnall, JJ.